FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shn          DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PATRICK RENTERIA,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP, WARDEN,<br><br>    Respondent. | Case No. EDCV 12-01258 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED: August 9, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY